UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | |
|---|---|
| ANTONIO DOMINGUEZ-MIJARES § | |
| § | |
| Petitioner § | |
| VS. § | CIVIL ACTION NO. L-10-69 |
| § | CRIMINAL CASE NO. L-09-16 |
| UNITED STATES OF AMERICA § | |

## FINAL JUDGMENT

For the reasons stated in this Court's *Opinion and Order* of even date, Petitioner's motion for reduction of sentence pursuant to 28 U.S.C. § 2255 is **DISMISSED WITH PREJUDICE**.

IT IS SO ORDERED.

DONE at Laredo, Texas this 21st day of June, 2010.

_____
Micaela Alvarez
United States District Judge